United States District Court

Eastern District of Louisiana

Lomco Inc

v.  CIVIL ACTION NO. 2:02-cv-01044
    SECTION: "B" (4)

Falcon Steel

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, April 10, 2002.

By Direction of the Court

LORETTA G. WHYTE, CLERK



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOMCO, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-1044 |
| | * | |
| FALCON STEEL STRUCTURES, INC., | * | SECTION " " |
| CHAD CHANDLER AND TERRY FORRESTER, | * | SECT. B MAG. 4 |
| INDIVIDUALLY AND/OR D/B/A LABOR | * | MAG. " " |
| CONSULTANTS INTERNATIONAL | * | |
| | * | |

*************************************************************************

### NOTICE OF REMOVAL

Falcon Steel Structures, Inc., Chad L. Chandler, Terry Forrester and Labor Consultants International, L.L.C. (incorrectly referred to as Terry Forrester d/b/a Labor Consultants International), defendants, through their counsel of record, aver:

1. On March 12, 2002, Lomco, Inc. ("Lomco" ") commenced an action in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, entitled "Lomco, Inc. v. Falcon Steel Structures, Inc., et al", Docket No. 134,729, Division "C", a copy of which is attached hereto as Exhibit "A" along with a copy of the Citation issued to Chad L. Chandler.

2. Chad L. Chandler was served with the State Court lawsuit on or about April 5, 2002.

1



3. This Notice of Removal has been filed within thirty days of the service of process on Chad L. Chandler and on any other defendant.

4. Chad L. Chandler is a resident of the full age of majority of and domiciled in the State of Mississippi.

5. Falcon Steel Structures, Inc. is a Mississippi corporation with its principal place of business in the State of Louisiana.

6. Terry Forrester is a resident of the full age of majority of and domiciled in the State of Idaho.

7. Labor Consultants International, L.L.C. is an Idaho limited liability company with its principal place of business in the State of Idaho.

8. Lomco is a Louisiana corporation with its principal place of business in Terrebonne Parish, Louisiana.

9. There is complete diversity of citizenship between Lomco and all defendants, and the amount in controversy exceeds $75,000.00.

10. In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 USC 1332(a).

11. The defendants are entitled to the removal of this action based upon the diversity of citizenship between the parties pursuant to 28 USC 1441 and 28 USC 1446.

12. Pursuant to 28 USC 1446(d), the defendants will hereafter provide appropriate notice of the removal of this lawsuit to the plaintiff through its counsel of record and to the Clerk of Court for the Thirty-Second Judicial District Court for the Parish of Terrebonne, State of Louisiana.

**WHEREFORE,** Falcon Steel Structures, Inc., Chad Chandler, Terry Forrester and Labor Consultants International, L.L.C., defendants, through their counsel of record, pray that the above action now pending in the Thirty-Second Judicial District Court for the Parish of Terrebonne, State of Louisiana, Docket No. 134, 729, Division "C", be removed from that State Court to the docket of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

**GEORGE D. FAGAN (#14260)**
Leake & Andersson, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775

F \35566\PLEADING\REMOVAL NTC

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned Notary Public, personally came and appeared, George D. Fagan, who, after being duly sworn, deposed that he is the attorney for Falcon Steel Structures, Inc., Chad Chandler, Terry Forrester and Labor Consultants International, L.L.P., defendants; that he has the authority to make this affidavit; that he has read the foregoing Notice of Removal; and, that the allegations and statements contained therein are true and correct to the best of his knowledge, information and belief.

_____
**GEORGE D. FAGAN**

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
IN NEW ORLEANS, LOUISIANA
ON THIS 9TH DAY OF APRIL, 2002.

_____
NOTARY PUBLIC

F:\35566\PLEADING\REMOVAL NTC

1

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**