FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 17 PM 2: 00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOMCO, INC. | * | CIVIL ACTION |
| VERSUS | | |
| FALCON STEEL STRUCTURES, INC., | * | NUMBER: 02-1044 |
| CHAD CHANDLER and TERRY | | |
| FORRESTER, INDIVIDUALLY AND/OR | | |
| D/B/A LABOR CONSULTANTS | | |
| INTERNATIONAL | * | SECTION "B" MAG. (4) |

## PETITIONER'S WITNESS LIST

**NOW COMES,** Lomco, Inc., petitioner herein, who submits its list of witnesses that may be called to testify at the trial of the above-entitled, numbered matter.

1.     Patterson J. Lombas;

2.     Harris J. Guidry, Sr.;

3.     Connie Gaudet - Pat Lombas' secretary;

4.     Terry Forrester;

5.     B.J. Singh;

6.     Indians, as yet unknown, who paid to be brought to United States to work;

7.     Bobby Barthel - Quality Shipyards;

8.     Representative of U.S. Immigrations & Naturalization - Re: Visas;

9.     Billy Bourgeois - Partech Laboratories' employee re: testing of men and attempts to get records of Lomco's testing;

10.     Representative of A+ Insurance Agency;

Fee_____
_X_ Process_____
_X_ Dktd_____
_____ CtRmDep_____
Doc No._____

11.    Buddy Lovell;

12.    Shane Bellanger;

13.    Tony Boudreaux - Employee of Quality Shipyards;

14.    Wade Zaharie;

15.    Randy Humbert, Washington State;

16.    Bruce Campbell, Post Falls, Idaho - Manager Progressive Forestry Services;

17.    Jeannie Muelenburg;

18.    Representative of Louisiana Department of Labor, re: Visa Applications, etc.;

19.    Jarrett Rodriguez - Comptroller of Falcon Steel;

20.    Ross Laris - Laris Insurance;

21.    Custodian of Payroll records at Quality Shipyards;

22.    Any witness listed or called by any other party or identified in discovery.


RESPECTFULLY SUBMITTED:

BY: _____
WILLIAM S. BORDELON, (# 3251)
BORDELON & SHEA, L.L.P.
407 Roussell Street, P.O. Drawer 2317
Houma, Louisiana 70361
Telephone: (985) 876-3377
ATTORNEY FOR LOMCO, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been

served upon counsel for all parties by placing same in the U.S. Mail, postage prepaid and properly

addressed on this 16th day of October, 2002.

_____

WILLIAM S. BORDELON