FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 29 PM 4:54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOMCO, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-1044 |
| | * | |
| FALCON STEEL STRUCTURES, INC., | * | SECTION "B" |
| CHAD CHANDLER AND TERRY | * | |
| FORRESTER, INDIVIDUALLY AND/OR | * | MAG. (4) |
| D/B/A LABOR CONSULTANTS | * | |
| INTERNATIONAL, L.L.C. | * | |
| | * | |

*****************************************************************

## DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF PLAINTIFF'S TAX RETURNS

Falcon Steel Structures, Inc., Chad Chandler, Labor Consultants International, L.L.C. and Terry Forrester, defendants, through their counsel of record, move the Court to issue an Order compelling Lomco, Inc., plaintiff, to produce any federal and state income tax returns or other similar tax documents for the reasons more particularly described in the attached Memorandum.

1

Respectfully submitted:

*[signature]*

GEORGE D. FAGAN (#14260)
Leake & Andersson, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2002, a copy of the foregoing pleading was served upon all counsel of record by United States mail at their last known address, first class postage prepaid.

*[signature]*

GEORGE D. FAGAN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOMCO, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-1044 |
| | * | |
| FALCON STEEL STRUCTURES, INC., | * | SECTION "B" |
| CHAD CHANDLER AND TERRY | * | |
| FORRESTER, INDIVIDUALLY AND/OR | * | MAG. (4) |
| D/B/A LABOR CONSULTANTS | * | |
| INTERNATIONAL, L.L.C. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 37.1 E CERTIFICATE

George D. Fagan of Leake & Andersson, L.L.C., as counsel for Falcon Steel Structures, Inc., Chad Chandler, Labor Consultants International, L.L.C. and Terry Forrester, defendants, hereby certifies that pursuant to Local Rule 37.1 E that he has exchanged correspondence and spoken by telephone with William S. Bordelon, Esq. as counsel for Lomco, Inc., plaintiff, regarding Lomco's objections to the defendants' Request for Production No. 14 to the extent that that request concerns any federal or state income tax reporting documents prepared by or on behalf of Lomco from 1999 to the present date. Counsel for the parties have been unable to amicably resolve their disputes, but counsel for Lomco has agreed to submit the tax returns over which a privilege is claimed to the Court for an *in camera* inspection and determination regarding the privilege issue.

Respectfully submitted:

_____
**GEORGE D. FAGAN (#14260)**
Leake & Andersson, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2002, a copy of the foregoing pleading was served upon all counsel of record by United States mail at their last known address, first class postage prepaid.

_____
GEORGE D. FAGAN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOMCO, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-1044 |
| | * | |
| FALCON STEEL STRUCTURES, INC., | * | SECTION "B" |
| CHAD CHANDLER AND TERRY | * | |
| FORRESTER, INDIVIDUALLY AND/OR | * | MAG. (4) |
| D/B/A LABOR CONSULTANTS | * | |
| INTERNATIONAL, L.L.C. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION
## TO COMPEL THE PRODUCTION OF THE PLAINTIFF'S TAX RETURNS

Falcon Steel Structures, Inc., Chad Chandler, Labor Consultants International, L.L.C., and Terry Forrester, defendants, through their undersigned counsel of record, submit the following Memorandum in Support of their Motion to Compel the production of any federal and state income tax returns filed by or on behalf of Lomco, Inc. from 1999 to the present date.

On June 7, 2002, defendants propounded Interrogatories and Request for Production of Documents upon Lomco, which included a request for any tax or governmental reporting documents prepared by Lomco. Counsel for Lomco has filed responses objecting to the production of any such federal and state income tax returns prepared by or on behalf of Lomco on the basis of privilege, but has agreed to submit those tax returns to the Court for an *in camera* inspection and determination by the Court regarding the privilege issue.

Lomco's lawsuit claims damages by reason of the defendants' allegedly wrongful termination of an arrangement between Lomco and the defendants regarding the employment of Indian national workers at Quality Shipyards, L.L.C. in Houma, Louisiana. In approximately March 2001, Lomco and the defendants began an arrangement whereby Indian national workers employed by Falcon Steel were furnished to work at the Quality Shipyards, L.L.C. facility in Houma, Louisiana, and Lomco was involved in the management and the supervision of those Indian national workers. Chad Chandler is the president of Falcon Steel, which is based in Centreville, Louisiana. Terry Forrester is the managing officer of Labor Consultants International, which is based in Post Falls, Idaho. Lomco is in the business of furnishing workers in the shipyard industry and is based in Houma, Louisiana. Lomco claims that the defendants wrongfully terminated the arrangement with Lomco in February 2002, and thereafter began directly dealing with Quality Shipyards. Prior to Lomco's termination, Lomco was sharing in the gross profits generated from the employment of the Falcon Steel Indian national workers at Quality Shipyards.

Lomco is a relatively small company, and the amounts received by Lomco out of the distributions made between the defendants and Lomco represented the gross profits, rather than the net income after expenses. That is, the distributions were calculated on the basis of the amount received from Quality Shipyards, L.L.C. less the amount directly paid in wages to the Indian national workers. Lomco bore the payroll, insurance and other expenses associated with the Indian national workers, and Falcon Steel and Labor Consultants also bore any expenses that they incurred in connection with the employment of those workers at the Quality Shipyards facilities.

Falcon Steel desires to inspect and review the federal and state income tax returns filed by Lomco for 1999, 2000 and 2001 in order to analyze the gross income and expenses claimed and

reported by Lomco during the years in question, and to cross-check the income and expenses claimed by Lomco in connection with its operations as well as the wages and other costs paid by Lomco. To date, while Lomco has provided some information and documents regarding financial matters, no summary documents have been provided that include information similar to that provided to the Internal Revenue Service or to the Louisiana Department of Revenue.

Most courts do not recognize the existence of a privilege against disclosure of income tax returns, but rather recognize a general federal policy limiting disclosure to appropriate circumstances. Beller v. Credit Alliance Corp., 106 F.R.D. 557, 559 (M.D.Ga. 1985). Tax returns in the hands of a tax payer are not privileged. Poullis v. Naas Foods, Inc., 959 F.2d 69, 74 (7th Cir. 1992). Where a plaintiff puts the level and sources of his income at issue by claiming damages following the termination of a contract, it is proper to order the production of income tax returns. Id. at 75.

For these reasons, the defendants respectfully request that the Court order Lomco to produce any federal and state income tax returns filed by or on behalf of Lomco for the years 1999, 2000 and 20001.

Respectfully submitted:

*[signature]*

GEORGE D. FAGAN (#14260)
Leake & Andersson, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2002, a copy of the foregoing pleading was served upon all counsel of record by United States mail at their last known address, first class postage prepaid.

_____
GEORGE D. FAGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOMCO, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-1044 |
| | * | |
| FALCON STEEL STRUCTURES, INC., | * | SECTION "B" |
| CHAD CHANDLER AND TERRY | * | |
| FORRESTER, INDIVIDUALLY AND/OR | * | MAG. (4) |
| D/B/A LABOR CONSULTANTS | * | |
| INTERNATIONAL, L.L.C. | * | |

**********************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Falcon Steel Structures, Inc., Chad Chandler, Labor Consultants, L.L.C. and Terry Forrester, defendants, through their counsel of record, will bring the foregoing Motion to Compel the production of the plaintiff's tax returns for hearing before the Hon. Karen Wells Roby, United States Magistrate Judge, at 11:00 a.m. on November 13, 2002, United States District Court, 501 Magazine Street, New Orleans, Louisiana 70130.

                                      Respectfully submitted:

                                      _/s/ George D. Eagan_
                                      GEORGE D. EAGAN (#14260)
                                      Leake & Andersson, L.L.P.
                                      1100 Poydras Street
                                      1700 Energy Centre
                                      New Orleans, Louisiana 70163
                                      Telephone: (504) 585-7500
                                      Facsimile: (504) 585-7775

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2002, a copy of the foregoing pleading was served upon all counsel of record by United States mail at their last known address, first class postage prepaid.

_____
GEORGE D. FAGAN